JS-6

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—GENERAL

| Case No. | **EDCV 20-1411-JGB(KKx)** | Date | September 16, 2020 |
|---|---|---|---|
| Title | ***Cynthia Miller v. Juanita Kodera, et al.*** | | |

Present: The Honorable     JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

Proceedings:     Order (1) GRANTING Defendants' Motion to Dismiss (Dkt. No. 7); (2) REMANDING this Matter to Riverside County Superior Court; and (3) VACATING the September 21, 2020 Hearing (IN CHAMBERS)

Defendants filed a motion to dismiss Plaintiff's complaint on July 24, 2020 and noticed a hearing on the motion for September 14, 2020. (Dkt. No. 6.) Plaintiff was required to file her opposition on or before August 24, 2020. L.R. 7-9. Plaintiff filed no opposition and offered no explanation for the delay. In response, the Court continued the hearing to September 21, 2020 at 9:00 a.m. and ordered Plaintiff to file an opposition by September 7, 2020. (Dkt. No. 8.) It also warned Plaintiff that failure to file an opposition would result in the granting of the motion, dismissal of the United States and Kevin K. McAleenan as parties, and remand of this matter to Riverside County Superior Court. (Id.)

Plaintiff has failed to file an opposition by September 7, 2020. "The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." L.R. 7-12. Accordingly, the Court GRANTS Defendants' motion to dismiss and DISMISSES the United States and Kevin K. McAleenan as parties WITHOUT LEAVE TO AMEND.

Moreover, this Court now lacks subject matter jurisdiction over this matter because neither the United States nor its employees are a party and both Plaintiff and the City of Riverside are California citizens for purposes of diversity jurisdiction. The Court therefore REMANDS this matter to Riverside County Superior Court. See 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction,

the case shall be remanded.").  The Clerk is directed to close the case.  The hearing set for September 21, 2020 is VACATED.


**IT IS SO ORDERED.**